B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**1804 Second Ave., NY, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**77-0676300** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**280 Madison Avenue**<br>**Room 808**<br>**New York, NY**<br>ZIP Code **10016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **1804 Second Ave., NY, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)   (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**1804 Second Ave., NY, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Kim R. Lynch**
Signature of Attorney for Debtor(s)

**Kim R. Lynch KL-5866**
Printed Name of Attorney for Debtor(s)

**Forman Holt Eliades & Ravin LLC**
Firm Name

**80 Route 4 East
Suite 290
Paramus, NJ 07652**
Address

**(201) 845-1000  Fax: (201) 845-9112**
Telephone Number

**January 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth Birnbaum**
Signature of Authorized Individual

**Kenneth Birnbaum**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**January 20, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION OF SEPCIAL MEETING OF BOARD
# OF DIRECTORS OF 1804 SECOND AVE., NY LLC

I hereby certify that at a special meeting of the Board of Directors of 1804 Second Ave., NY, LLC a limited liability company of the State of New York, held on the 20th day of January, 2011, the following resolution was proposed and unanimously adopted by the sole member, Kenneth J. Birnbaum:

> "Resolved that, in view of the financial condition of 1804 Second Ave., NY, LLC, a New York limited liability company, its Managing Member be and is hereby authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the firm Forman Holt Eliades & Ravin LLC for the purposes of preparing, filing and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Kenneth J. Birnbaum, Managing Member, is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceeding of 1804 Second Ave., NY, LLC."

In certification hereof, I do set my hand and seal this 20th day of January, 2011.

                                          1804 SECOND AVE., NY, LLC

                                          By: */s/ Kenneth J. Birnbaum*
                                                Kenneth J. Birnbaum
                                                Managing Member

ATTEST:

/s/ Kim R. Lynch
Kim R. Lynch

m:\pet\birnbaum\1804\resolution.doc

# United States Bankruptcy Court
## Southern District of New York

In re  **1804 Second Ave., NY, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Andrea Betts**<br>**1804 Second Avenue**<br>**Apartment 1B**<br>**New York, NY 10128** | **Andrea Betts**<br>**1804 Second Avenue**<br>**Apartment 1B**<br>**New York, NY 10128** | **Security Deposit** | | **1,250.00** |
| **Brian Howe**<br>**1804 Second Avenue**<br>**Apartment 3D**<br>**New York, NY 10128** | **Brian Howe**<br>**1804 Second Avenue**<br>**Apartment 3D**<br>**New York, NY 10128** | **Security Deposit** | | **1,300.00** |
| **Christine Sullivan**<br>**1804 Second Avenue**<br>**Apartment 1D**<br>**New York, NY 10128** | **Christine Sullivan**<br>**1804 Second Avenue**<br>**Apartment 1D**<br>**New York, NY 10128** | **Security Deposit** | | **1,300.00** |
| **Crowe Management LLC**<br>**1804 Second Avenue**<br>**New York, NY 10128** | **Crowe Management LLC**<br>**1804 Second Avenue**<br>**New York, NY 10128** | | | **37,000.00** |
| **Debra Malony**<br>**9 Salvatore Circle**<br>**Swedesboro, NJ 08085** | **Debra Malony**<br>**9 Salvatore Circle**<br>**Swedesboro, NJ 08085** | **Security Deposit** | | **1,350.00** |
| **Elvira Marin**<br>**1804 Second Avenue**<br>**Apartment 2G**<br>**New York, NY 10128** | **Elvira Marin**<br>**1804 Second Avenue**<br>**Apartment 2G**<br>**New York, NY 10128** | **Security Deposit** | | **1,300.00** |
| **H&L Food Corporation**<br>**1804 Second Avenue**<br>**Store 2**<br>**New York, NY 10128** | **H&L Food Corporation**<br>**1804 Second Avenue**<br>**Store 2**<br>**New York, NY 10128** | **Security Deposit** | | **37,500.00** |
| **Jacqueline Aliotti**<br>**1804 Second Avenue**<br>**Apartment 2D**<br>**New York, NY 10128** | **Jacqueline Aliotti**<br>**1804 Second Avenue**<br>**Apartment 2D**<br>**New York, NY 10128** | **Security Deposit** | | **1,300.00** |
| **Jessica Samakow**<br>**1804 Second Avenue**<br>**Apartment 1G**<br>**New York, NY 10128** | **Jessica Samakow**<br>**1804 Second Avenue**<br>**Apartment 1G**<br>**New York, NY 10128** | **Security Deposit** | | **1,300.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **1804 Second Ave., NY, LLC**        Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kathryn Carey<br>1804 Second Avenue<br>Apartment 1E<br>New York, NY 10128 | Kathryn Carey<br>1804 Second Avenue, Apt 1E<br>New York, NY 10128 | Security Deposit | | 1,350.00 |
| Kristin Patrician<br>1804 Second Avenue<br>Apartment 3A<br>New York, NY 10128 | Kristin Patrician<br>1804 Second Avenue<br>Apartment 3A<br>New York, NY 10128 | Security Deposit | | 1,300.00 |
| Kristine Kaw<br>1209 Park Avenue<br>New York, NY 10128 | Kristine Kaw<br>1209 Park Avenue<br>New York, NY 10128 | Security Deposit | | 1,440.65 |
| Laula Nugmanova<br>1804 Second Avenue<br>Apartment 2F<br>New York, NY 10128 | Laula Nugmanova<br>1804 Second Avenue<br>Apartment 2F<br>New York, NY 10128 | Security Deposit | | 1,200.00 |
| Mallory Staley<br>306 Hackensack Street, Apt. D<br>Wood Ridge, NJ 07075 | Mallory Staley<br>306 Hackensack Street, Apt. D<br>Wood Ridge, NJ 07075 | Security Deposit | | 1,250.00 |
| Megan Himel<br>1804 Second Avenue<br>Apartment 1H<br>New York, NY 10128 | Megan Himel<br>1804 Second Avenue<br>Apartment 1H<br>New York, NY 10128 | Security Deposit | | 1,250.00 |
| Ney Tun<br>Department of Field Support<br>One U.N. Plaza, Room DC1-1513D<br>New York, NY 10017 | Ney Tun<br>Department of Field Support<br>One U.N. Plaza, Room DC1-1513D<br>New York, NY 10017 | Security Deposit | | 1,525.00 |
| NYC Water Board<br>P.O. Box 410<br>Church Street Station<br>New York, NY 10008 | NYC Water Board<br>P.O. Box 410<br>Church Street Station<br>New York, NY 10008 | Basic Water and Sewer | | 39,929.06 |
| Rockaway Fuel<br>729 E. 140th Street<br>Bronx, NY 10454 | Rockaway Fuel<br>729 E. 140th Street<br>Bronx, NY 10454 | Oil and Fuel | | 7,854.88 |
| Tipton Brigitte<br>2004 Broad Hill Farms Road<br>Coraopolis, PA 15108 | Tipton Brigitte<br>2004 Broad Hill Farms Road<br>Coraopolis, PA 15108 | Security Deposit | | 1,250.00 |
| Yasemine Acar<br>c/o Seuket Acar<br>1239 Charissglen Circle<br>Highland Ranch, CO 80126 | Yasemine Acar<br>c/o Seuket Acar<br>1239 Charissglen Circle<br>Highland Ranch, CO 80126 | Security Deposit | | 1,462.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **1804 Second Ave., NY, LLC**                 Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 20, 2011**          Signature **/s/ Kenneth Birnbaum**
                                                                                **Kenneth Birnbaum**
                                                                                **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **1804 Second Ave., NY, LLC**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept as a retainer | $ **16,703.20** |
   | Prior to the filing of this statement I have received | $ **16,703.20** |
   | Balance Due | $ **TBD by further Court Order** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **(a) Advising the Debtor with respect to its powers and duties in the continued management and operation of its business as debtor-in-possession, including the rights and remedies of the Debtor with respect to its assets and claims and with respect to the claims of creditors.
      (b) Advising the Debtor with respect to preparing and obtaining approval of its Disclosure Statement and Plan.
      (c) Preparing on behalf of the Debtor, as debtor-in-possession, necessary applications, motions, complaints, answers, orders, reports and other pleadings and documents.
      (d) Appearing before this Court and other officials and tribunals, if necessary, and protecting the interests of the Debtor in federal, state and foreign jurisdictions and administrative proceedings.
      (e) Negotiating and preparing documents relating to the liquidation and disposition of assets, as requested by the Debtor.
      (f) Advising the Debtor concerning the day-to-day operations of its business in conjunction with the administration of his estate as debtor-in-possession.
      (g) Performing such other legal services for the Debtor, as debtor-in-possession, as may be necessary and appropriate herein.
      (h) Provide general guidance in connection with the proceeding.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **(a) Representation of your interests if the case is converted to a Chapter 7 case.**

In re   **1804 Second Ave., NY, LLC**                              Case No.  _____
                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   1/20/2011                                     */s/ Kim R. Lynch*
                                                       **Kim R. Lynch KL-5866**
                                                       **Forman Holt Eliades & Ravin LLC**
                                                       **80 Route 4 East**
                                                       **Suite 290**
                                                       **Paramus, NJ 07652**
                                                       **(201) 845-1000   Fax: (201) 845-9112**

# United States Bankruptcy Court
## Southern District of New York

In re  **1804 Second Ave., NY, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 20, 2011**

**/s/ Kenneth Birnbaum**  
**Kenneth Birnbaum**/**Managing Member**  
Signer/Title

ANDREA BETTS
1804 SECOND AVENUE
APARTMENT 1B
NEW YORK, NY 10128


BRIAN HOWE
1804 SECOND AVENUE
APARTMENT 3D
NEW YORK, NY 10128


CAPITAL ONE BANK
PO BOX 85147
RICHMOND, VA 23276


CHARLTON RODGERS
1804 SECOND AVENUE
APARTMENT 2A
NEW YORK, NY 10128


CHRISTIAN M. HANNON
1804 SECOND AVENUE
APARTMENT 3E
NEW YORK, NY 10128


CHRISTINE SULLIVAN
1804 SECOND AVENUE
APARTMENT 1D
NEW YORK, NY 10128


CHRISTOPHER BRUGERS
1804 SECOND AVENUE
APARTMENT 1C
NEW YORK, NY 10128


CHRISTOPHER BURGESS
1804 SECOND AVENUE
APARTMENT 1C
NEW YORK, NY 10128


CROWE MANAGEMENT LLC
1804 SECOND AVENUE
NEW YORK, NY 10128

DARRYL SHEN
2 CHAPLIN COURT, RICHMOND HILL
ONTARIO, CANADA
L4B2Y1


DEBRA MALONY
9 SALVATORE CIRCLE
SWEDESBORO, NJ 08085


ELVIRA MARIN
1804 SECOND AVENUE
APARTMENT 2G
NEW YORK, NY 10128


H&L FOOD CORPORATION
1804 SECOND AVENUE
STORE 2
NEW YORK, NY 10128


JACQUELINE ALIOTTI
1804 SECOND AVENUE
APARTMENT 2D
NEW YORK, NY 10128


JAMES SHAW
1804 SECOND AVENUE
APARTMENT 2C
NEW YORK, NY 10128


JESSICA SAMAKOW
1804 SECOND AVENUE
APARTMENT 1G
NEW YORK, NY 10128


KATHRYN CAREY
1804 SECOND AVENUE
APARTMENT 1E
NEW YORK, NY 10128


KIMBERLY E. DOI
1804 SECOND AVENUE
APARTMENT 1F
NEW YORK, NY 10128

KRISTIN PATRICIAN
1804 SECOND AVENUE
APARTMENT 3A
NEW YORK, NY 10128


KRISTINE KAW
1209 PARK AVENUE
NEW YORK, NY 10128


KYLE SHUMAN
C/O BENNETT SHUMAN
1010 N. 12TH AVENUE, SUITE 238
PENSACOLA, FL 32501


LAULA NUGMANOVA
1804 SECOND AVENUE
APARTMENT 2F
NEW YORK, NY 10128


MALLORY STALEY
306 HACKENSACK STREET, APT. D
WOOD RIDGE, NJ 07075


MATTHEW SINSHEIMER
1804 SECOND AVENUE
APARTMENT 1A
NEW YORK, NY 10128


MAYA MASCARENHAS
1804 SECOND AVENUE
APARTMENT 3H
NEW YORK, NY 10128


MEGAN HIMEL
1804 SECOND AVENUE
APARTMENT 1H
NEW YORK, NY 10128


NEW YORK WATER MANAGAMENT
P.O. BOX 190727
BROOKLYN, NY 11219


NEY TUN
DEPARTMENT OF FIELD SUPPORT
ONE U.N. PLAZA, ROOM DC1-1513D
NEW YORK, NY 10017

NYC WATER BOARD
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008


ROBERTO WEBSTER
1804 SECOND AVENUE
APARTMENT 3C
NEW YORK, NY 10128


ROCKAWAY FUEL
729 E. 140TH STREET
BRONX, NY 10454


SHITJI GUPTA
1804 SECOND AVENUE
APARTMENT 2E
NEW YORK, NY 10128


TIPTON BRIGITTE
2004 BROAD HILL FARMS ROAD
CORAOPOLIS, PA 15108


WILLIAM CURTAIN
1804 SECOND AVENUE
APARTMENT 3G
NEW YORK, NY 10128


YASEMINE ACAR
C/O SEUKET ACAR
1239 CHARISSGLEN CIRCLE
HIGHLAND RANCH, CO 80126